**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---

**PLAYBOY ENTERPRISES INTERNATIONAL, INC.,**

**Plaintiff,**

**- against -**

**THE INDIVIDUALS, CORPORATIONS, LIMITED LIABILITY COMPANIES, PARTNERSHIPS, AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE A TO THE COMPLAINT,**

**Defendants.**

---

**26-cv-4487 (JGK)**

**Order**

**John G. Koeltl, District Judge:**

The time to respond to the complaint has passed. The plaintiff should file an order to show cause for a default judgment against the remaining defendants by **September 11, 2026**, including the details of the prior service in accordance with this Court's procedures for obtaining a default judgment.

**SO ORDERED.**

**Dated:** **New York, New York**
**August 28, 2026**

**/s/ John G. Koeltl**
**John G. Koeltl**
**United States District Judge**