AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Southern District of New York

| | | |
|---|---|---|
| PLAYBOY ENTERPRISES INTERNATIONAL, INC., | ) | |
| *Plaintiff(s)* | ) | |
| v. | ) | Civil Action No. 26-cv-04487 |
| THE INDIVIDUALS, CORPORATIONS, LIMITED LIABILITY COMPANIES, PARTNERSHIPS, AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE A TO THE COMPLAINT | ) | |
| *Defendant(s)* | ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* See Schedule A attached

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Shengmao Mu
Whitewood Law PLLC
57 West 57th Street
3rd and 4th Floors
New York, NY 10019

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: ____________________

____________________________
*Signature of Clerk or Deputy Clerk*

Civil Action No. 26-cv-04487

## PROOF OF SERVICE

***(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))***

This summons for *(name of individual and title, if any)* defendants listed on schedule a attached hereto
was received by me on *(date)* September 2, 2026 .

❒ I personally served the summons on the individual at *(place)* ______________________
______________________ on *(date)* ____________ ; or

❒ I left the summons at the individual's residence or usual place of abode with *(name)* ______________
______________________ , a person of suitable age and discretion who resides there,
on *(date)* ____________ , and mailed a copy to the individual's last known address; or

❒ I served the summons on *(name of individual)* ______________________ , who is
designated by law to accept service of process on behalf of *(name of organization)* ______________
______________________ on *(date)* ____________ ; or

❒ I returned the summons unexecuted because ______________________ ; or

☑ Other *(specify)*: Plaintiff served Defendants with the Complaint on June 19, 2026, by emailing Defendants with a URL that contains the Complaint, supporting documents, and all other court orders. The Summons was issued on September 2, 2026 (Dkt. 35), and Plaintiff served the Summons on Defendants on September 2, 2026 by uploading the Summons to said URL.

My fees are $ ________ for travel and $ ________ for services, for a total of $ 0 .

I declare under penalty of perjury that this information is true.

Date: 09/08/2026

/s/Shengmao Mu
*Server's signature*

SHENGMAO MU, attorney
*Printed name and title*

Whitewood Law PLLC
57 West, 57th Street, 3rd and 4th Floors
New York, NY, 10019
*Server's address*

Additional information regarding attempted service, etc:

Print Save As... Reset

## SCHEDULE A

| Doe No. | Seller Alias | Platform | Seller ID |
|---|---|---|---|
| 1 | cosplaymade | Stand Alone | cosplaymade.us |
| 2 | finegina | Stand Alone | finegina.com |
| 3 | gcosplay | Stand Alone | gcosplay.com |
| 4 | OVERKILL | Stand Alone | overkillshop.com |
| 5 | EmbroiderybyDilys | Amazon | A1HLGLMO32SGQL |
| 6 | PEACE JOY | Amazon | A3M7NGGPFRVXIL |
| 7 | DISMISSED | DISMISSED | DISMISSED |
| 8 | Circleprints | Walmart | 102506716 |
| 9 | HANDMADE HAVEN COMPANY | Walmart | 102721621 |
| 10 | leiliang | Walmart | 102495526 |
| 11 | MakeMeBlush | Walmart | 102719958 |
| 12 | QualityKingHub | Walmart | 102666991 |
| 13 | zeyasen | Walmart | 102592039 |
| 14 | Aeeiuo | Temu | 634418219953192 |
| 15 | Atopos Serendipity | Temu | 634418220783693 |
| 16 | Awdzynw | Temu | 634418218574109 |
| 17 | Boqutte Ashely Shop | Temu | 634418221062550 |
| 18 | CFFH | Temu | 634418219230839 |
| 19 | Chixiao | Temu | 634418222009055 |
| 20 | CHSTUDIO | Temu | 634418215594590 |
| 21 | Cool Men Clothings | Temu | 634418219231107 |
| 22 | Decoration Art local | Temu | 634418219532205 |
| 23 | FRATPMO | Temu | 634418219346560 |
| 24 | Funny Girly | Temu | 634418216031480 |
| 25 | Kbxahli | Temu | 634418218313079 |
| 26 | LilyLucky | Temu | 634418219844596 |
| 27 | MA MarvelousMall | Temu | 634418221419922 |
| 28 | Mcolgsd | Temu | 634418218731489 |
| 29 | Mwuxnec | Temu | 634418218574873 |
| 30 | Nmewlwk | Temu | 634418218502532 |
| 31 | Nzoxerj | Temu | 634418219339693 |
| 32 | ONRTEY | Temu | 634418217583789 |
| 33 | Puripzt | Temu | 634418218572321 |
| 34 | Smpsdbo | Temu | 634418219194442 |
| 35 | SPAJSLX | Temu | 634418219539420 |
| 36 | SYMOZTU | Temu | 634418218750708 |
| 37 | Tee Art | Temu | 634418219095538 |
| 38 | Tktwrmo | Temu | 634418218575005 |

| Doe No. | Seller Alias | Platform | Seller ID |
|---|---|---|---|
| 39 | Vnnmiu | Temu | 634418219192542 |
| 40 | VOFNNMY | Temu | 634418219345645 |
| 41 | WH BIG GIRLS | Temu | 429188344753 |
| 42 | WSDEE | Temu | 634418222551267 |
| 43 | Xfggsvi | Temu | 634418219340428 |
| 44 | XZjIteH | Temu | 634418219556708 |
| 45 | YINGBI | Temu | 634418221270537 |
| 46 | Ztvculb | Temu | 634418218484790 |